# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

PAUL EVERETT CUSTER,

    Plaintiffs,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Civil Action 2:16-cv-788
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

The parties' petition and Joint Stipulation to Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorney's fees and expenses in the amount of $4,400 is **GRANTED**. (ECF No. 17.) Accordingly, Plaintiff is **AWARDED** attorney's fees, expenses, and costs in the amount of **$4,400**, payable to Plaintiff. If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to her counsel.

**IT IS SO ORDERED.**

12-15-2017
**DATE**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT CHIEF JUDGE**